UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA LYNCH,

        Plaintiff,

v.

WINCOR CAPITAL LLC, et al.,

        Defendants.
_____/

Case No. 1:17-cv-1056

HON. PAUL L. MALONEY

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff dismisses this lawsuit, with prejudice, as to all defendants.

Dated: December 28, 2017

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street, S.E., Suite 115
Grand Rapids, Michigan 49546
(616) 776-1176
ConsumerLawyer@aol.com